```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 02607
   KAREN R JOHNS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0820


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/05/2008 and was not confirmed.

     The case was dismissed without confirmation 06/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED          528.04           .00            .00
CAPITAL ONE                UNSECURED         1195.61           .00            .00
AMERICAN HONDA FINANCE C   SECURED VEHIC    25284.00           .00        1662.93
AMERICAN HONDA FINANCE C   UNSECURED          388.16           .00            .00
CALVARY PORTFOLIO          UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00            .00
CBCS                       UNSECURED        NOT FILED          .00            .00
CBCS                       UNSECURED        NOT FILED          .00            .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED          .00            .00
COLLECTION CO OF AMERICA   UNSECURED        NOT FILED          .00            .00
COMPUTER CREDIT            UNSECURED        NOT FILED          .00            .00
ORSINI NURSING AGENCY      UNSECURED        NOT FILED          .00            .00
DEPENDON COLLECTION        UNSECURED        NOT FILED          .00            .00
SULLIVAN URGENT AID        UNSECURED        NOT FILED          .00            .00
PREMIER BANKCARD           UNSECURED          434.58           .00            .00
ILLINOIS COLLECTION SE     UNSECURED        NOT FILED          .00            .00
SULLIVAN URGENT AID CENT   UNSECURED        NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED          .00            .00
RADIOLOGY IMAGING CONSUL   UNSECURED        NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        NOT FILED          .00            .00
SBC AMERITECH              UNSECURED        NOT FILED          .00            .00
MRSI                       UNSECURED        NOT FILED          .00            .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED          .00            .00
MRSI                       UNSECURED        NOT FILED          .00            .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED          .00            .00
NCO FIN/99                 UNSECURED        NOT FILED          .00            .00
AT&T                       UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL              UNSECURED        NOT FILED          .00            .00
DIRECTV INC                UNSECURED        NOT FILED          .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED        NOT FILED          .00            .00
TIMOTHY K LIOU             DEBTOR ATTY      2,847.20                       758.51
TOM VAUGHN                 TRUSTEE                                         210.56
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:

                   PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 02607 KAREN R JOHNS
```

```
-------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 2,632.00

PRIORITY                                             .00
SECURED                                         1,662.93
UNSECURED                                            .00
ADMINISTRATIVE                                    758.51
TRUSTEE COMPENSATION                              210.56
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                  2,632.00                2,632.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 09/24/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 08 B 02607 KAREN R JOHNS